UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/18
```

In re Rockwell Medical, Inc. Securities
Litigation

16 **CIVIL** 1691 (RJS)

## JUDGMENT

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 30, 2018, Defendants' motion to dismiss the Second Amended Complaint is GRANTED, and this case is dismissed with prejudice; accordingly, 16cv1691 and 16-cv-3304 are closed.

**Dated:** New York, New York
March 30, 2018

RUBY J. KRAJICK
_____
Clerk of Court

BY:
_____
Deputy Clerk